```
 1  CANDIS MITCHELL
    California State Bar No. 242797
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467
 4  Candis_Mitchell@fd.org
 5  Attorneys for Mr. Perez-Hernandez
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2847-BLM |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| MIGUEL PEREZ-HERNANDEZ, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: December 13, 2007    /s/  *Candis Mitchell*
                            **CANDIS L. MITCHELL**
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Mr. Perez-Hernandez
                            Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: December 13, 2007         /s/ *Candis Mitchell*
                                 **CANDIS L. MITCHELL**
                                 Federal Defenders of San Diego, Inc.
                                 225 Broadway, Suite 900
                                 San Diego, CA 92101-5030
                                 (619) 234-8467 (tel)
                                 (619) 687-2666 (fax)
                                 Candis_Mithcell@fd.org