FILED

JAN 1 0 2008

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR-0099-H |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | |
| | ) | Title 18, U.S.C., Sec. 1001 – |
| MIGUEL PEREZ-HERNANDEZ, | ) | False Statement to a Federal |
| | ) | Officer |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

On or about December 9, 2007, within the Southern District of California, defendant MIGUEL PEREZ-HERNANDEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to federal office that his names was Juan Ruiz-Garcia, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: **1/10/08**                         .

                              KAREN P. HEWITT
                              United States Attorney

                              DOUGLAS KEEHN
                              Assistant U.S. Attorney