AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MIGUEL PEREZ-HERNANDEZ | CASE NUMBER: 08CR0099-H |

I, MIGUEL PEREZ-HERNANDEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10 January 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Miguel perez Hernandez_
Defendant

_Camilo Mitchell_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

FILED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (MB) DEPUTY