FILED

FEB 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _MD_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR-0099-H |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | AMENDED |
| MIGUEL PEREZ-HERNANDEZ, | ) | Title 18, U.S.C., Sec. 1001 – False Statement to a Federal Officer |
| Defendant. | ) | |

The United States Attorney charges:

MIP On or about ~~December~~ June 9, 2007, within the Southern District of California, defendant MIGUEL PEREZ-HERNANDEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to federal office that his names was Juan Ruiz-Garcia, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 2/21/08

KAREN P. HEWITT
United States Attorney

_Michelle M. Reiff_
for DOUGLAS KEEHN
Assistant U.S. Attorney